IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. 25-CR-03463-SMD |
| ) | |
| vs. ) | |
| ) | |
| **AURORA BELEN CABEZAS-LUCIO**, ) | |
| ) | |
| Defendant. ) | |

<u>ORDER DISMISSING COUNTS 2 AND 3 OF THE INFORMATION WITHOUT PREJUDICE</u>

THIS MATTER having come before the Court on the written motion of the United States Attorney for the District of New Mexico for an Order dismissing Counts 2 and 3 of the Information filed in this case, the Court, being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Counts 2 and 3 of the Information filed in this case be and hereby are dismissed without prejudice as to Defendant in the interests of justice.

IT IS FURTHER ORDERED that the Clerk shall provide a copy of this Order to the United States Marshal as authority to proceed hereunder.

UNITED STATES DISTRICT JUDGE